373 A.2d 1141
Commonwealth v. Windows, Appellant.

Argued November 8, 1976. Lee Ruslander, for appellant; Kim W. Riester, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.